**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7119**

———————

NATHANIEL JOHNSON,

                                    Plaintiff - Appellant,

        versus

RANDOLPH COUNTY CORRECTION,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  Frank W. Bullock, Jr., Chief District Judge.  (CA-97-1202-1)

———————

Submitted:  November 19, 1998          Decided:  December 3, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Nathaniel Johnson, Appellant Pro Se.  Joan Herre Erwin, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Johnson v. Randolph County Correction</u>, No. CA-97-1202-1, (M.D.N.C. July 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>